## Commonwealth, Appellant, *v.* Lowry.

Argued April 10, 1973. *Robert F. Banks,* Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellant; *Jonathan Solomon,* with him *Solomon & Solomon,* for appellee.

Order affirmed on the opinion of STRANAHAN, P. J., of the court below.

WRIGHT, P. J., dissents.

## Commonwealth *v.* McDowell, Appellant.

Argued April 12, 1973. *John J. Regule,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.